UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:14-cv-00099-MOC

| | | |
|---|---|---|
| **BILTMORE INVESTMENTS, LTD.,** | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **TD BANK, N.A.,** | ) | |
| | ) | |
| Appellee. | ) | |

**THIS MATTER** is before the court on initial consideration of the Appeal filed by Biltmore Investments, Ltd., which is taken from an Order of the Bankruptcy Court and an Order denying reconsideration of that Order, wherein it refused to extend the automatic stay to appellee's attempt to enforce a personal judgment it holds against Walter McGee, who is president and essentially the only shareholder of the closely-held debtor Biltmore Investments, Ltd. Mr. McGee has not personally sought protection in bankruptcy court. Appellee seeks to execute upon that personal judgment by seizing Mr. McGee's shares of appellant, an action which the Bankruptcy Court determined would not violate the automatic stay.

The issues presented having been fully briefed, the court will set such appeal for hearing.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the Clerk of Court shall schedule oral arguments on this appeal during the court's November 2014 Asheville Civil Motions Day.

Signed: October 6, 2014

Max O. Cogburn Jr.
United States District Judge